UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00020

**John Boswell,**
*Plaintiff,*

v.

**MTC Unit et al.,**
*Defendants.*

# ORDER

Plaintiff John Boswell, a Texas Department of Criminal Justice (TDCJ) prisoner proceeding pro se, filed this action under 42 U.S.C. § 1983. The case was referred to a magistrate judge, who issued a report and recommendation that plaintiff's lawsuit be dismissed with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). Doc. 36 at 7. Specifically, the report concluded that plaintiff's

(1) amended complaint is conclusory, vague, and lacks detail, *id.* at 4;

(2) allegations regarding work release and parole fail because a state prisoner has no federal constitutional right to early release from a lawful sentence, *id.* at 5–6; and

(3) contentions concerning "addicted prisoners" populating prisons, rather than being rehabilitated, fails because a suit under § 1983 is personal in nature. *Id.* at 6.

The court mailed a copy of that report to plaintiff's last-known address. The mail was returned to the court as undeliverable because plaintiff was "discharged." Doc. 37. Plaintiff, four months later, has not filed objections or otherwise communicated with the court.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that

there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

    Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed with prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1). Any pending motions are denied as moot.

    *So ordered by the court on October 16, 2025.*

    J. CAMPBELL BARKER
    United States District Judge